UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00053-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. AGUSTIN AGUILAR-GARCIA,
   a/k/a Ramon Diaz-Carpio,

        Defendant.

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **December 13, 2006 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.*

The parties shall be prepared to address the Government's Unopposed Motion to Advance Trial Date to Comply With Speedy Disposition of Detainers Requirement Pursuant to 18 U.S.C. App. 2, Article III(a) **(#10)**.  Counsel for the Government may appear by telephone if counsel makes arrangements with the Courtroom Deputy at (303) 335-2185 not later than 1:00

p.m. on December 13, 2006.

    Dated this 12th day of December, 2006

                                      **BY THE COURT:**

*[Signature: Marcia S. Krieger]*

                                      Marcia S. Krieger
                                      United States District Judge