UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00053-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. AGUSTIN AGUILAR-GARCIA,
   a/k/a Ramon Diaz-Carpio,

        Defendant.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#13)** on December 14, 2006 by Defendant Agustin Aguilar-Garcia. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **February 23, 2007** at **9:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. The final trial preparation conference set for February 2, 2007 and the February 5, 2007 trial date are **VACATED**.

Dated this 4th day of January, 2007

                                            **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge