UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00053-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. AGUSTIN AGUILAR-GARCIA,
   a/k/a Ramon Diaz-Carpio,

        Defendant.

## ORDER

Due to the scheduling of a multi defendant criminal trial and upon the agreement of the parties,

**IT IS ORDERED** that the change of plea in this matter set to commence on February 23, 2007 is VACATED and reset to **March 23, 2007 at 2:30 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 8th day of February, 2007

                                           **BY THE COURT:**

                                           *Marcia S. Krieger* (signature)

                                           Marcia S. Krieger
                                           United States District Judge