UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00053-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  AGUSTIN AGUILAR-GARCIA,
    a/k/a Ramon Diaz-Carpio,

      Defendant.

---

## ORDER RESETTING CHANGE OF PLEA

---

      Due to a scheduling conflict,

      **IT IS ORDERED** that the change of plea hearing set to commence on March 23, 2007 is

**VACATED** and **RESET to April 16, 2007 at 8:30 a.m.** in Courtroom A901, 901 19th Street,

Denver, Colorado.  Any objections to resetting must be filed within 10 days, any response to the

objection must be filed within 3 days.

      Dated this 27th day of February, 2007

                       **BY THE COURT:**

                       _____

                       Marcia S. Krieger
                       United States District Judge