UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00053-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. AGUSTIN AGUILAR-GARCIA,
   a/k/a Ramon Diaz-Carpio,

        Defendant.

## ORDER GRANTING MOTION TO RESET SENTENCING DATE

THIS MATTER is before the Court on the Motion to Reset Sentencing Date (#24). The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#24) is GRANTED**. The sentencing hearing currently scheduled for **July 16, 2007** is **VACATED** and reset to **July 30, 2007 at 9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 11th day of May , 2007

                              **BY THE COURT:**

                              *Marcia S. Krieger*
                              _____

                              Marcia S. Krieger
                              United States District Judge